| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| UNITED STATES OF AMERICA, | NO. CR05-141-MJP |
|---|---|
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS |
| MANUEL JAMES PLASTER, | TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| Defendant. | |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on September 21, 2010. The United States was represented by Assistant United States Attorney Jerrod Patterson, and the defendant by Jay Stansell. The proceedings were digitally recorded.

The defendant had been charged and convicted of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1). On or about July 29, 2005, defendant was sentenced by the Honorable Marsha J. Pechman to a term of 46 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program, financial disclosure, and submit to search.

In a Petition for Warrant or Summons dated February 5, 2009, U.S. Probation Officer Thomas J. Fitzgerald asserted the following violations by defendant of the conditions of his supervised release:

1. Conspiring to possess cocaine with intent to distribute on or about January 17, 2009, in violation of the mandatory condition of supervised release that not commit another federal, state and/or local crime.

2. Possessing cocaine with intent to distribute on or about January 17, 2009, in violation of the mandatory condition of supervised release that not commit another federal, state and/or local crime.

3. Possessing cocaine on or about January 17, 2009, in violation of the mandatory condition of supervised release that not commit another federal, state and/or local crime.

4. Possessing oxycodone on or about January 17, 2009, in violation of the mandatory condition of supervised release that not commit another federal, state and/or local crime.

5. Possessing hydrocodone on or about January 17, 2009, in violation of the mandatory condition of supervised release that not commit another federal, state and/or local crime.

On September 13, 2010, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On September 21, 2010, this matter came before the Court for an evidentiary hearing. Alleged violations 1, 3, 4 and 5 were dismissed without prejudice by the government. Defendant admitted to violation 2 as modified:

2. Possessing cocaine with intent to distribute on or about January 17, 2009, in violation of the mandatory condition of supervised release that not commit another federal, state and/or local crime. Defendant further admits that the quantity of cocaine involved was one kilogram.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

1     I therefore recommend that the Court find the defendant to have violated the terms and
2  conditions of his supervised release as alleged in violation 2, and that the Court conduct a
3  hearing limited to disposition. A disposition hearing on this violation has been set before the
4  Honorable Marsha J. Pechman on October 8, 2010 at 2:30 p.m.

5     Pending a final determination by the Court, the defendant has been detained.

6     DATED this 21st day of September, 2010.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:          Honorable Marsha J. Pechman
     AUSA:                    Jerrod Patterson
     Defendant's attorney:    Jay Stansell
     Probation officer:       Thomas J. Fitzgerald

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3